**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW WHITEHEAD, individually and on behalf of other persons similarly situated, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:24-cv-10371 |
| DOT FOODS, INC., | ) | |
| Defendant. | ) | |

**AMENDED DISCLOSURE STATEMENT AND**
**NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.2, Defendant Dot Foods, Inc. states that it is a corporation incorporated under the laws of the State of Illinois with its principal place of business located in Mt. Sterling, Illinois and is not publicly held. It is wholly owned by Dot Holdings Co., a non-public, statutory close corporation incorporated under the laws of the State of Missouri. Dot Foods, Inc.'s "affiliates," as defined in LR 3.2(a), are Dot Holdings Co., Dot Family Holdings, LLC, and, through trusts, James W. Tracy, John M. Tracy, Joseph P. Tracy, Patrick F. Tracy, and Richard L. Tracy.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: October 31, 2024

By: /s/ Edward T. Pivin

Edward T. Pivin, IL Bar No. 6308081
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7600
Facsimile: (314) 612-7851
epivin@lewisrice.com

*Attorneys for Defendant Dot Foods, Inc.*