**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW WHITEHEAD, individually and on behalf of other persons similarly situated, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:24-cv-10371 |
| DOT FOODS, INC., | ) | |
| Defendant. | ) | |

**DECLARATION**

I, Jacob Kohut, declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this Declaration. I am currently corporate counsel for Dot Foods, Inc. As such, I am personally familiar with the ownership of Dot Foods, Inc. ("Dot Foods"), which I understand has been named as a defendant in the above-referenced action. All of the statements in this declaration are, unless otherwise indicated, based upon my personal knowledge and review of records.

2. Dot Foods is a private, family-owned company. As stated in Dot Foods' Amended Disclosure Statement and Notification of Affiliates, which I have reviewed, several individuals and a business entity each have an indirect ownership interest in Dot Foods that is 5 percent or greater.

3. The identities of those individuals and entity, and the nature, extent, and structure of their respective ownership interests in Dot Foods, is not publicly known.

4. In fact, that information is considered personal and sensitive financial information that is kept confidential and not shared with third parties, with the limited exception of

Exhibit
A

exhibitsticker.com

disclosures to professional advisors with a need to know it in order to provide professional advice, including, for example, legal, financial, and tax advisors.

5. Public disclosure of that information would invade the privacy interests that these individuals have maintained and protected in information related to the nature, scope, and extent of their financial and business holdings. That information, if disclosed to third parties, could be detrimental to these individuals in their business dealings and personal relationships.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of November, 2024 in St. Louis, Missouri.

[signature]