**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW WHITEHEAD, individually and on behalf of other persons similarly situated, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:24-cv-10371 |
| DOT FOODS, INC., | ) | |
| Defendant. | ) | |

**MEMORANDUM WITHDRAWING PREVIOUSLY FILED MOTION TO SEAL**

COMES NOW, Defendant Dot Foods, Inc. ("Dot Foods"), by and through undersigned counsel, and, in light of the Court's December 2, 2024 Minute Entry (Doc. # 18), and upon careful further consideration of the issues, respectfully withdraws from consideration its previously filed Unopposed Motion for Leave to File Amended Disclosure Statement and Notification of Affiliates Under Seal (Doc. #11), and its Supplemental Unopposed Motion for Leave to File Amended Disclosure Statement and Notification of Affiliates Under Seal (Doc. #: 16). By withdrawing these previously filed submissions, Dot Foods is no longer requesting that its Amended Disclosure Statement and Notification of Affiliates, filed October 31, 2024, be sealed.

Respectfully submitted,

**LEWIS RICE LLC**

Dated: December 9, 2024

By: /s/ Edward T. Pivin

Edward T. Pivin, IL Bar No. 6308081
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7600
Facsimile: (314) 612-7851
epivin@lewisrice.com

*Attorney for Defendant Dot Foods, Inc.*